**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Carlos Arias, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>Sling TV L.L.C. d/b/a Sling,<br><br>Defendant. | Civil Action No. 1:24-cv-05493 |

**NOTICE OF DEFENDANT'S MOTION TO COMPEL ARBITRATION**

**PLEASE TAKE NOTICE THAT** on December 23, 2024, at 9:30 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Alvin K. Hellerstein, located in the United States Courthouse, 500 Pearl Street, New York, New York, 10007, Sling TV L.L.C. ("Sling") will and hereby does move this Court to Compel Arbitration.

This Motion is made pursuant to 9 U.S.C. § 4 on the grounds that Plaintiff's claims are subject to mandatory and binding arbitration pursuant to the Arbitration Agreement set out in Sling's Terms of Use, which Plaintiff accepted and agreed to upon signing up for Sling's services in 2016, and based on all applicable law.

This Motion is based on this Notice of Motion, Memorandum of Points and Authorities, the Declaration of Scott Hall, the Declaration of Ashley Hastings and the Declaration of David Laslo filed concurrently herewith, all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Stipulation and Order of the

Court dated September 17, 2024, Plaintiff's opposition to this Motion shall be due December 4, 2024, and Sling's Reply shall be due December 20, 2024.

DATED: October 30, 2024

By: ***/s James Sandnes***

James T. Sandnes
SKARZYNSKI MARICK & BLACK LLP
One Battery Park Plaza, 32nd Floor
New York, NY 10004
Telephone: (212) 820-7700
Email: jsandnes@skarzynski.com

Richard R. Patch (*pro hac vice forthcoming*)
Scott C. Hall (*pro hac vice forthcoming*)
Mari S. Clifford (*pro hac vice forthcoming*)
Alexandra M. Boxall (*pro hac vice forthcoming*)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
Telephone: (415) 391-4800
Facsmile: (415) 989-1663
Email: ef-rrp@cpdb.com
ef-sch@cpdb.com
ef-msc@cpdb.com
ef-amb@cpdb.com

*Counsel for Defendants Sling TV L.L.C.*