**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Carlos Arias, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>Sling TV, LLC d/b/a Sling,<br><br>Defendant. | Civil Action No. 1:24-cv-05493<br><br>**DECLARATION OF SCOTT C. HALL IN SUPPORT OF MOTION TO COMPEL** |

I, Scott C. Hall, state and declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner of Coblentz Patch Duffy & Bass LLP, attorneys of record for Sling TV L.L.C. ("Sling"), the Defendant in this action. I submit this declaration in support of the Sling's Motion to Compel Arbitration. I have personal knowledge of the facts stated herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would testify competently to the matters stated herein.

2. Plaintiff filed the Complaint in this action on July 19, 2024, and Sling was served with the Complaint on July 24, 2024. Prior to filing the Complaint Plaintiff did not contact Sling to resolve the claim informally.

3. Between July 31, 2024 and September 3, 2024, I engaged with Plaintiff's counsel through multiple emails and telephone calls to discuss the claims asserted in the Complaint, including that it was Sling's position that Plaintiff's claims were subject to arbitration, as set forth in Sling's Terms of Use. The parties were unable to come to agreement during or after those

email communications and telephone calls regarding the enforceability of Sling's arbitration agreement as set forth in its Terms of Use.

4. On September 9, 2024, I sent an email to Plaintiff's counsel indicating Sling's intent to file a motion to compel arbitration in response to the Complaint and asked if Plaintiff intended to oppose that motion. On September 10, 2024, Plaintiff's counsel responded to my September 9, 2024 email, proposing a further extension of time for Sling to respond to the Complaint, but confirming that if the parties were unable to resolve their disputes, that Plaintiff intended to oppose Sling's motion to compel arbitration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29th day of October, 2024, at San Francisco, California.

Scott C. Hall