**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Carlos Arias, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>Sling TV, LLC d/b/a Sling,<br><br>Defendant. | Civil Action No. 1:24-cv-05493<br><br>**DECLARATION OF DAVID LASLO IN SUPPORT OF MOTION TO COMPEL ARBITRATION** |

I, David Laslo, state and declare as follows:

1. I submit this declaration in support of Defendant Sling TV L.L.C.'s ("Sling") Motion to Compel Arbitration. The facts stated herein are based on my personal knowledge and information obtained from Sling's business records.

2. I am currently a Business Operations Manager at Echostar Corporation, the ultimate parent company of Sling.

3. In my capacity as a Business Operations Manager, I am qualified to speak on the topics set forth in this declaration, as maintaining Sling's opt-out notices is one of my responsibilities.

4. I have reviewed Sling's business records, which reflect that Plaintiff Carlos Arias has been a Sling customer since December 2016. Sling maintains business records kept in the regular conduct of Sling's business activity that contemporaneously identify and record the identities of all customers who have submitted a written notice to opt-out of the arbitration provision specified in its Terms of Use ("Arbitration Provision") or any updates to the Arbitration Provision, and I have access to those records because of my duties and responsibilities at Sling.

Based on my review of Sling's opt-out records, Sling does not have any record of any communication from Plaintiff electing to opt out of the Arbitration Provision or any updates thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25 day of October, 2024, at 9601 S. Meridian Blvd., Englewood, CO 80112.

DAVID LASLO