**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Carlos Arias, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>Sling TV, L.L.C. d/b/a Sling,<br><br>Defendant. | Civil Action No. 1:24-cv-05493<br><br>**DECLARATION OF ASHLEY HASTINGS IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION** |

I, Ashley Hastings, declare as follows:

1. I submit this declaration in support of Defendant Sling TV L.L.C.'s ("Sling") Motion to Compel Arbitration. The facts stated herein are based on my personal knowledge and information obtained from Sling's business records.

2. I am currently Director of Product Operations for Video Services at EchoStar Corporation ("Echostar"), the ultimate parent company of Sling, and I have held this position since March 18, 2023. In this capacity, I oversee all Product Operations teams for Sling and its direct parent company, Dish Network L.L.C. This includes the teams responsible for delivery management, content management, customer communications, billing and payments and user acceptance testing.

3. Prior to my current position, I have held various roles working within project management and product operations since joining Echostar in December 2015 as a project manager. I was promoted to Manager of Project Management in February 2018, and between January 2020 and March 2023, I led various teams within Product Operations, including the content management team, which is responsible for updates to Sling's website, and the user

acceptance testing team, which is responsible for carrying out testing on those updates after they are launched to customers.

4. As part of my duties and responsibilities for Sling, I am familiar with the terms and conditions that govern use of Sling's services. All users of Sling receive service subject to terms and conditions set forth in Sling's Terms of Use ("Terms"), which Sling posts on its internet website and updates from time to time. The current version of the Terms is posted on the website at: https://www.sling.com/offer-details/disclaimers/terms-of-use. A true and correct copy of the Terms in effect as at the date of this declaration is attached hereto as **Exhibit A**.

**Sign-Up Process**

5. Sling is a provider of online streaming services that allows users to watch live and on-demand television channels and programs over the internet. Users are able to access content through Sling's website ("Website") and application ("App") on various devices, including computers, smartphones, tablets, smart TVs, and other streaming devices. Users can open a customer account by signing up through the Website or App.

6. As mentioned above, I oversee the content management operations team, which is responsible for maintaining and executing production changes to Sling's Website at the request of other organizations within Sling, including Product, Marketing and Legal. I work closely with any team requesting updates to the Website. This includes requests for changes to the online sign-up process, including updates to webpage functionality, layout, and content for each step of the sign-up process. The team is also responsible for maintaining the sign-up process on the App (which, as I explain at ¶8 below, ultimately directs users to the online sign-up process).

7. The online sign-up process for Sling services has three steps:

a. **Step 1 – Register:** the user is prompted to enter an email address, a password and billing zip code. Once the user has entered the information, the user is able to select "Continue" and move to the next step. Under the "Continue" button is the following text:

> "By creating an account, you confirm that you're over 18 and have read and agreed to the **Sling Terms of Use, Privacy Policy** and **Rewards Program Terms and Conditions**" (emphasis original).

Each of the phrases "Sling Terms of Use", "Privacy Policy" and "Rewards Program Terms and Conditions" are bolded and in a different color font (bright blue) to the surrounding text. Each phrase hyperlinks to a webpage where the relevant terms and conditions are provided in full. A true and correct copy of a screenshot of the 'Register' webpage on the Website which I accessed on October 8, 2024 via a desktop computer is attached hereto as **Exhibit B**. A true and correct copy of a screenshot of the 'Register' webpage on the Website which I accessed on October 8, 2024 via a mobile device is attached hereto as **Exhibit C**.

b. **Step 2 – Services:** the user is prompted to select which programming package they wish to subscribe to. A true and correct copy of a screenshot of the 'Service Selection' webpage on the Website which I accessed on October 24, 2024 via a desktop computer is attached hereto as **Exhibit D**. A true and correct copy of a screenshot of the 'Service Selection' webpage on the Website which I accessed on October 24, 2024 via a mobile device is attached hereto as **Exhibit E**.

c. **Step 3 – Checkout:** the user is prompted to add billing information. The webpage also contains an "Order Summary". Underneath the billing information and order summary and above the "Finish & Submit" button (which the user must click to complete the sign-up process) is the following text:

summary and above the "Finish & Submit" button (which the user must click to complete the sign-up process) is the following text:

> "Promotional Terms:
>
> * * *
>
> By clicking "FINISH & SUBMIT", you agree and authorize us to begin your Sling Television subscription. You also confirm and agree that you are over 18 and have read and agree to the above promotional terms and conditions, the Sling **Terms of Service** and **Privacy Policy**."

Each of the phrases "Terms of Service" and "Privacy Policy" are bolded and in a different color font (bright blue) to the surrounding text. Each phrase hyperlinks to a webpage where the relevant terms and conditions are provided in full. A true and correct copy of a screenshot of the 'Checkout' webpage on the Website which I accessed on October 8, 2024 via a desktop computer is attached hereto as **Exhibit F**. A true and correct copy of a screenshot of part of the 'Checkout' webpage on the Website (displaying the "Finish & Submit" button and the text immediately above the button) which I accessed on October 8, 2024 via a mobile device is attached hereto as **Exhibit G**.

8. Users who sign-up for an account through the App follow a similar process.

9. All new subscribers also receive an email immediately after sign-up, which contains a hyperlink to Sling's Terms. The hyperlinked text ("*View full Sling TV terms of service and cancellation policy* ") is underlined and in a different color font (bright blue) to the surrounding text. A true and correct copy of the welcome email sent by Sling to new subscribers as at October 8, 2024 which I received by signing up for an account on the Website is attached hereto as **Exhibit H**.

10. I have caused a review of Sling's business system records to be performed with respect to Plaintiff Carlos Arias and determined that they reflect as follows:

a. Mr. Arias has an active account with Sling. The billing address associated with his account is located in the state of New York. A true and correct copy of a screenshot of the first page of Mr. Arias' customer account record which I retrieved from Recurly, Sling's customer subscription management and billing platform, on October 8, 2024 is attached hereto as **Exhibit I**.

b. Mr. Arias first signed up for Sling's services in December 2016 through Sling's Website. I have reviewed Mr. Arias' account details on Sling's internal database, which shows in the "created_at" field that Mr. Arias' subscription was created on December 13, 2016. It also indicates "Sling" in the "app_created" field, which is shorthand for Sling's Website and means that Mr. Arias signed up via the Website. A true and correct copy of a screenshot of Mr. Arias' account details which I accessed from Sling's database, is attached hereto as **Exhibit J**.

c. When Mr. Arias opened an account with Sling in December 2016, he would have done so under the terms and conditions in effect as of that date. A true and correct copy of Sling's Terms of Use, effective January 20, 2015, which were in effect at the time Mr. Arias signed up in December 2016, is attached hereto as **Exhibit K**.

d. The sign-up process in place in December 2016 required new subscribers to affirmatively select a checkbox confirming their agreement to Sling's "Terms of Use and Privacy Policy" in order to be able to click the "Finish & Submit" button and complete registration. A true and correct copy of a screenshot I took of 'Step 3' of the Website sign-up page as at February 2, 2016, and accessed from my saved files, is attached hereto as **Exhibit L**.

e. In December 2016, the phrase "Terms of Use" in 'Step 3' of the Website sign-up page was bolded and was in a different color font to the surrounding text (bright blue) (**Exhibit L**). I am informed and believe that, in December 2016, the phrase "Terms of Use" hyperlinked to a standalone page on Sling's Website setting out in full the version of the Terms in effect at that time (as shown in **Exhibit K**).

f. I have redacted Mr. Arias' personal information, such as his address and account number, from the exhibits above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25 th day of October 2024, at 9601 S. Meridian Blvd., Englewood, CO 80112.

ASHLEY HASTINGS