# Skarzynski│Marick

Skarzynski Marick & Black LLP
One Battery Park Plaza, 32nd Floor
New York, NY 10004
P 212.820.7700 | F 212.820.7740
skarzynski.com

**James T. Sandnes**
Direct Line: 212.820.7760
jsandnes@skarzynski.com

November 1, 2024

*So ordered
11-4-24
/s/ Hellerstein*

**VIA EFC**

Hon. Alvin K. Hellerstein
U.S. District Court
Southern District of New York
500 Pearl St,
New York, NY 10007

Re:   *Arias v. Sling TV, LLC Case No. 1:24-cv-05493-AKH*

Dear Judge Hellerstein:

We are co-counsel for defendant Sling TV L.L.C. ("Sling"). We have met and conferred with counsel for plaintiff in the above-referenced action and submit the parties' joint stipulation and proposed order with this letter to continue the Scheduling Conference, currently scheduled in this action for November 15, 2024, until after a ruling on Sling's pending motion to compel arbitration.

Counsel for both parties have been in active communication regarding the substantive merits and procedural issues related to the case. Communications between counsel to date have been productive, but the parties were not able to avoid a motion to compel arbitration, filed by Sling on October 30, 2024. The parties have previously stipulated to a briefing schedule on the motion to compel arbitration, which provides for Plaintiff's opposition to be filed on December 4 and Sling's reply to be filed on December 20. Given that the Court's ruling on Sling's motion to compel arbitration may render it unnecessary to engage in a scheduling conference at this time and, if the Court compels Plaintiff to arbitrate his claims, may conserve the time and resources of the parties in preparing a case schedule at this time, the parties jointly request and stipulate that the November 15 2024 Scheduling Conference be taken off calendar and rescheduled by the Court following a ruling on Sling's motion to compel arbitration, in the event the Court denies Sling's motion.

Hon. Hellerstein
November 1, 2024
Page 2

No other deadlines set in this case would be affected, as none have been set. Both parties have stipulated to the extension requested in this letter.

Accordingly, the Parties respectfully request that the Court take the Scheduling Conference currently set for November 15, 2024 off calendar and, in the event the Court denies Sling's motion to compel arbitration, the Court set a new date for a Scheduling Conference after ruling on Sling's motion.

Respectfully submitted,

James T. Sandnes

JTS